LAW OFFICE OF

## HERBERT NEW & DAVID W. NEW, P.C.

300 BROADACRES DRIVE
THIRD FLOOR
BLOOMFIELD, N.J. 07003

TELEPHONE 973-893-9696
FAX 973-893-0499

Senders E-Mail Address:
dnew@newandnewlaw.com

**HERBERT NEW*** 
**DAVID W. NEW**
**BENJAMIN A. KARFUNKEL***

OF COUNSEL
RICHARD D. BROWN+
*MEMBER NJ & NY BARS
+MEMBER NJ & FL BARS

MORRISTOWN OFFICE:

35 AIRPORT ROAD, SUITE 350
MORRISTOWN, NJ 07960
(973) 695-7777
(973) 695-7788

REPLY TO: BLOOMFIELD OFFICE

September 25, 2009

***Via Electronic Filing***
Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Calogero DiMaria, et al. vs. Anthony Fasulo, et al.
            Docket No. 07-cv-0797 (ERK)(RML)
            Our File No.: 5462

Dear Magistrate Levy:

      As you may know, this office represents the Plaintiffs in the above matter. Currently the discovery deadline is scheduled to expire on September 30, 2009. Due to the deadlines imposed in other matters that the parties have before this Court, and with the consent of Defendants' counsel, we respectfully request that discovery be extended to the end of this calendar year. In addition, Your Honor has scheduled an in-person conference for October 1, 2009. Should Your Honor grant the discovery extension, we respectfully request that the conference be held as a telephone conference.

      Kindly advise whether these requests can be granted.

                                          Respectfully submitted,

                                          BENJAMIN A. KARFUNKEL

BAK/gms
cc:    Barbara Mehlsack, Esq.