GORLICK, KRAVITZ & LISTHAUS P.C.
Andrew A. Gorlick (AG 8707)
Barbara S. Mehlsack (BM 1390)
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
bmehlsack@gkllaw.com

TRIVELLA, FORTE & SMITH LLP
Christopher Smith
1311 Mamaroneck Avenue, Suite 170
White Plains, NY 10605
(914) 949-9075

Attorneys for Defendants and Third Party Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALOGERO DIMARIA, et al. | ) |
| | ) 07 CV 797 (ERK)(RML) |
| Plaintiffs. | ) |
| vs. | ) |
| | ) STIPULATION OF |
| ANTHONY FASULO, et al., | ) DISMISSAL |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| ANTHONY FASULO, et al., | ) |
| | ) |
| Third Party Plaintiffs | ) |
| vs. | ) |
| | ) |
| ZURICH AMERICAN INSURANCE CO. and FEDERAL | ) |
| INSURANCE COMPANY (Div. of the CHUBB | ) |
| CORPORATION), | ) |
| Third Party Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

respective attorneys of record for Defendants/Third Party Plaintiffs and Third Party Defendants,

pursuant to Fed. R. Civ. P. 41(a), that:

1) All claims asserted by Defendants/Third Party Plaintiffs against Third Party Defendants in this matter shall be and hereby are dismissed without prejudice.

2) Third Party Defendant Federal Insurance Company ("Federal") has agreed to make available to Defendants/Third Party Plaintiffs coverage for this action pursuant to the terms and conditions of its policy and reserving all rights.

3) Defendants/Third Party Plaintiffs hereby reserve their rights with respect to any subsequent denial of coverage by Federal.

4) With respect to any claims for coverage for the transactions and occurrences that gave rise to the within action by Defendants/Third Party Plaintiffs against Third Party Defendant Zurich American Insurance Co., the statute of limitations is hereby tolled as of February 4, 2009 until four years three months and twenty eight days from the date that Federal refuses to continue providing a defense on behalf of Third Party Defendants as provided for in paragraph 2 above.

5) Each party shall bear its own fees and costs.

Dated:      New York, New York
            October 1, 2009

GORLICK, KRAVITZ & LISTHAUS, P.C.                WILEY REIN LLP


By: /s/_____              By: /s/_____
   Barbara S. Mehlsack                       Charles C. Lemley
   BM1390                                    CL 2371
   17 State Street, 4th Floor                1776 K Street, N.W.
   New York, New York 10004-1501             Washington, D.C.  20006
   (212) 269-2500                            (202) 719-7000
*Attorneys for Third Party Plaintiffs*       *Attorneys for Third Party Defendant*
                                             *Federal Insurance Company*

TRIVELLA, FORTE & SMITH                SEDGWICK, DETERT, MORAN &
                                       ARNOLD, LLP


By:_/s/_____             By:___/s/_____
     Christopher Smith                      Andrew T. Houghton
     CS 9014                                AH 0744
     1311 Mamaroneck Avenue, Suite 170      125 Broad Street, 39th Floor
     White Plains, New York  10605          New York, New York 10004-2400
     (914) 949-9075                         (212) 422-0202
*Attorneys for Defendants/Third Party Plaintiffs*   *Attorneys for Third Party Defendant*
                                       *Zurich American Insurance*
                                       *Company*


SO ORDERED:


_____
Hon. Edward R. Korman, U.S.D.J.