LAW OFFICE OF

# HERBERT NEW & DAVID W. NEW, P.C.

300 BROADACRES DRIVE
THIRD FLOOR
BLOOMFIELD, N.J. 07003

TELEPHONE 973-893-9696
FAX 973-893-0499

Senders E-Mail Address:
dnew@newandnewlaw.com

**HERBERT NEW***
**DAVID W. NEW**
**BENJAMIN A. KARFUNKEL***

**OF COUNSEL**
**RICHARD D. BROWN+**
*MEMBER NJ & NY BARS
+MEMBER NJ & FL BARS

MORRISTOWN OFFICE:

35 AIRPORT ROAD, SUITE 350
MORRISTOWN, NJ 07960
(973) 695-7777
(973) 695-7788

REPLY TO: BLOOMFIELD OFFICE

January 4, 2010

***Via Electronic Filing***
Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Calogero DiMaria, et al. vs. Anthony Fasulo, et al.
            Docket No. 07-cv-0797 (ERK)(RML)
            Our File No.: 5462

Dear Magistrate Levy:

    As you know, this office represents the Plaintiffs in the above matter. Currently, Your Honor has scheduled a telephone conference for January 7, 2010 at 3:30 p.m. to re-evaluate the status of the case and to set a schedule for briefing the class certification motion. In response to our last request, dated December 18, 2009, Your Honor granted the Motion to extend the discovery at a date to be set at the January 7, 2010 status conference. Unfortunately, I will be traveling throughout the course of that day and am not confident that I will have phone reception at that time. With the consent of my adversary, I respectfully request that the status conference be adjourned to January 12, 2010 or the morning of January 14, 2010. Kindly indicate whether this request can be granted.

                                               Respectfully submitted,

                                               BENJAMIN A. KARFUNKEL

BAK/gms
    cc:    Barbara Mehlsack, Esq.